1002

[No. 901-1.     Division One—Panel 2.     December 20, 1971.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN SAMUEL HAWKINS, *Appellant.*

[No. 899-1.     Division One—Panel 2.     December 20, 1971.]

THE STATE OF WASHINGTON, *Respondent,* v. BONNIE LEE SWORDMAKER, *Appellant.*

[No. 957-1.     Division One—Panel 2.     December 20, 1971.]

THE STATE OF WASHINGTON, *Appellant,* v. RONALD LEE HESTER, *Respondent.*

[No. 900-1.     Division One—Panel 2.     December 20, 1971.]

THE STATE OF WASHINGTON, *Respondent,* v. MOIRA BURNS BORDMAN, *Appellant.*

[No. 852-1.     Division One—Panel 2.     December 20, 1971.]

PHILIP KAPLAN *et al., Respondents,* v. MAYER BARON & ASSOCIATES, INC., *et al., Appellants.*

[No. 802-41561-1.   Division One—Panel 2.   December 20, 1971.]

WILLIAM LAWRENCE BLACK, JR., et al., Appellants, v.
EVERGREEN LAND DEVELOPERS, INC., et al., Respondents.

[No. 553-2.   Division Two.   December 22, 1971.]

DARRELL JOHN DEDO et al., Respondents, v. JACOB J. DAVID
et al., Appellants, TOM MACPHERSON REALTY, Respondent.

[No. 236-3.   Division Three.   December 22, 1971.]

ROGER B. SCOTT, Appellant, v. THE DEPARTMENT OF LABOR
AND INDUSTRIES, Respondent.

[No. 360-3.   Division Three.   December 22, 1971.]

SHINN IRRIGATION EQUIPMENT, INC., Appellant, v. MARION
C. MOORE et al., Respondents.